NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MILLER INDUSTRIES TOWING EQUIPMENT INC.,**
*Plaintiff-Appellant*

**v.**

**NRC INDUSTRIES,**
*Defendant-Appellee*

---

2023-2047

---

Appeal from the United States District Court for the District of New Jersey in No. 1:21-cv-08158-NLH-EAP, Judge Noel Lawrence Hillman.

---

## JUDGMENT

---

MICHAEL P. MAZZA, Michael P. Mazza, LLC, Glen Ellyn, IL, argued for plaintiff-appellant. Also represented by PAUL ROBERT HALE; LEONARD E. HUDSON, The Collins Law Firm P.C., Naperville, IL.

ALEXANDRA JANE OLSON, Carlson, Caspers, Vandenburgh & Lindquist, P.A., Minneapolis, MN, argued for defendant-appellee. Also represented by J. DEREK VANDENBURGH.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, CHEN, and HUGHES, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 15, 2024
Date

Jarrett B. Perlow
Clerk of Court